IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VELEZ,

    Petitioner,               No. CIV S-05-0786 GEB DAD P

    vs.

ROSEANE CAMPBELL, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or submitted an application to proceed with this action in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Good cause appearing, petitioner will be granted thirty days to pay the filing fee or apply for leave to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, full payment of the $5.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; petitioner is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

1

Dockets.Justia.com

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis application form to be used by a state prisoner proceeding with a habeas petition in the Sacramento Division of this court.

DATED: April 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
vele0786.101a