IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VELEZ,

        Petitioner,                    No. CIV S-05-0786 GEB DAD P

    vs.

ROSEANE CAMPBELL, et al.,

        Respondents.            ORDER

_____/

        Respondents have requested an enlargement of time to file a response to the petition for writ of habeas corpus.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' June 13, 2005 request for enlargement of time is granted; and

        2. Respondents' response to the petition for writ of habeas corpus shall be filed and served on or before July 18, 2005.

DATED: June 14, 2005.

                                     /s/ Dale A. Drozd
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD:13
vele0786.111