IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VELEZ,

    Petitioner,               No. CIV S-05-0786 GEB DAD P

    vs.

ROSEANE CAMPBELL, et al.,

    Respondents.         ORDER

_____/

        Petitioner has requested a thirty-day extension of time to file and serve a traverse pursuant to the court's order of May 18, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 11, 2005 application for enlargement of time is granted; and

        2. Petitioner shall file and serve his traverse on or before September 18, 2005.

DATED: August 17, 2005.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
vele0786.111traverse